IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar Nester,<br><br>                Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>                Defendants. | No. CV-15-01700-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time to Prepare His Motion for Leave to File a First Amended Complaint (Doc. 10); and Plaintiff's Motion for Leave of the Court to File a First Amended Complaint ("FAC") (Doc. 11). Magistrate Judge Deborah M. Fine performed a screen on Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a). On January 21, 2016, the Magistrate Judge filed a Report and Recommendation with this Court . (Doc. 15.) To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those

findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge. (Doc. 15.)

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Prepare His Motion for Leave to File a First Amended Complaint as a Matter of Course (Doc. 10) be **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave of the Court to File a First Amended Complaint (Doc. 11) be **granted**, and that Plaintiff be allowed to file his FAC. Plaintiff shall file his FAC by **February 26, 2016.**

**IT IS FURTHER ORDERED** that Defendants Charles Ryan and Corizon Health shall answer Counts I and II of the FAC, but not Count V as it is duplicative. Defendant Dr. Arlene McKamey shall answer Count III of the FAC, but not Count V as it is duplicative. Defendant Dr. Michael Hegmann shall answer Count IV of the FAC, but not Count V as it is duplicative. Defendants Dr. Mulhen and Kerry Byrd shall answer Count V of the FAC.

**IT IS FURTHER ORDERED** that Defendants Wexford Health Sources, Inc.

///
///

and Assistant FHA Howley be dismissed.

Dated this 9th day of February, 2016.

Honorable Stephen M. McNamee
Senior United States District Judge